DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DANNY GREGORY KNIGHT,

Appellant

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0437
_____

July 31, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philippe Matthey, Judge.

W. Charles Fletcher of Law Offices of W. Charles Fletcher, Jacksonville, for Appellant.

PER CURIAM.

   Affirmed.

VILLANTI, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.